JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>-vs.-<br><br>IRMAS PAXTON LLC, a California limited liability company; GOLD PAXTON LLC, a California limited liability company; ROUSSO PAXTON LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO.:  2:21-cv-00830-PA-RAO**<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

ORDER FOR
DISMISSAL WITH PREJUDICE

WHEREAS, pursuant to the Stipulation For Dismissal With Prejudice filed by Plaintiff ANTHONY BOUYER ("Plaintiff") and Defendants IRMAS PAXTON LLC, GOLD PAXTON LLC, and ROUSSO PAXTON LLC (collectively "Defendants"), and for GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall not take any action against Defendants or their tenant, Lumber City Corp., concerning the Property based on any alleged violations of the Americans with Disabilities Act and/or Unruh Act during the period of performance of the certain renovations required by the settlement; and

2. The complaint and all causes of action contained therein is hereby dismissed WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED:  March 20, 2021

By:_____

Percy Anderson
UNITED STATES DISTRICT JUDGE

ORDER FOR
DISMISSAL WITH PREJUDICE